**DENY and Opinion Filed December 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01556-CV

## IN RE HAROON RASHEED, SOLAR HEALTH P.A., HRMD MANAGEMENT LLC, TEXAS PAIN PHYSICIANS AND INTEGRATED HOSPITAL SPECIALISTS, Relators

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04492**

## MEMORANDUM OPINION

Before Justices Myers, Schenck, and Reichek
Opinion by Justice Reichek

Before the Court is relators' December 19, 2019 petition for writ of mandamus, seeking to vacate the trial court's order granting a continuance on relators' no-evidence motion for summary judgment.

Entitlement to mandamus relief requires relator to show both that a trial judge has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, as well as the response, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a)

(the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

191556F.P06